Case 4:11-cr-40037-SOH   Document 1434   Filed 01/09/15   Page 1 of 1 PageID #: 4812

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br>JOHNNY JOHNSON<br>aka "Hawk"<br><br>Date of Original Judgment: 06/28/2013<br>Date of Previous Amended Judgment: <br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)   Case No: 4:11CR40037-025<br>)<br>)   USM No: 10889-010<br>)<br>)   Bruce D. Eddy<br>)   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  30  months **is reduced to**  27 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  06/28/2013  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  01/09/2015                          /s/ P.K. Holmes, III
                                                  *Judge's signature*

Effective Date:  11/01/2015                      Honorable P. K. Holmes, III, Chief United States District Judge
*(if different from order date)*                  *Printed name and title*